**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **C. ROUX; LISA ROUX; AND TROY ROUX** | § § § | |
| *Plaintiffs,* | § § | **CIVIL ACTION NO. 4:26-cv-00782** |
| **V.** | § § | |
| | § | **JURY DEMANDED** |
| **HARRIS COUNTY, TEXAS; DEPUTY ARIN RAMIREZ; SHERIFF ED GONZALEZ; HCA HEALTHCARE; DR. OTIS EGINS; PHYSICIANS RESOURCES, INC.; MINT MEDICAL PHYSICAN STAFFING, LP DBA MINT PHYSICIAN STAFFING; AND DISTRICT 249 BAR & GRILL** | § § § § § § § § § | |
| *Defendants.* | § | |

<u>**DEFENDANT'S NOTICE OF REMOVAL**</u>

Defendant Harris County ("Defendant") files this Notice of Removal pursuant to 28 U.S.C. § 1441, and would respectfully show as follows:

1.    Plaintiffs C. Roux, Lisa Roux and Troy Roux ("Plaintiffs") filed their Original Petition ("the Petition") on December 22, 2025, under Cause No. 2025-95044, in the 215th Judicial District Court of Harris County, Texas. Harris County was served with a copy of Plaintiffs' Original Petition on January 5, 2026. As of this date no other named defendants have been served to my knowledge.

2.    Defendant's original notice of removal is being filed within thirty (30) days after service of the Plaintiffs' Original Petition on Defendant which alleges federal causes of action pursuant to 42 U.S.C. § 1983. In his Original Petition, Plaintiff C. Roux alleges Defendant Harris County violated his Fourth and Fourteenth Amendment Constitutional Rights by using excessive force against Plaintiff, that Harris County failed to train and supervise deputies and that the County

was deliberately indifferent to his medical needs, among other alleged constitutional violations under 42 U.S.C. 1983.  Plaintiff seeks compensatory damages, attorney fees and costs.

3.      Original jurisdiction of this Court is proper pursuant to 28 U.S.C. §§ 1441(a) and 28 U.S.C. § 1331. Venue in this Court is proper because Harris County, Texas is located within the Southern District of Texas and the Houston Division thereof.  Removal to this Court is, therefore, proper under 28 U.S.C. §§ 1441(a) and 1331.

4.      Copies of all process and pleadings filed in Cause No. 2025-95044 have been provided to this Court.

5.      Written notice of the filing of this Notice is being served on all adverse parties as required by 28 U.S.C. § 1446(d). A true and correct copy of this Notice will be filed with the District Clerk of Harris County, Texas, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Harris County respectfully requests that this action be removed to the United States District Court.

Date: February 2, 2026

Respectfully submitted,

By: **_/s/ Rachel Fraser_**
**RACHEL FRASER**
**Senior Assistant County Attorney**
SBOT: 24079725
Federal Bar No. 2553428
Rachel.fraser@harriscountytx.gov
Telephone:  (713) 274-5383
Facsimile:  (713) 755-8924
**JOSHUA GREEN**
**Assistant County Attorney**
SBOT: 24080915
Federal Bar. No. 1428074
Joshua.green@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
Harris County Attorney's Office

1019 Congress
Houston, Texas 77002

**ATTORNEYS FOR DEFENDANT
HARRIS COUNTY**

### CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, pursuant to the Federal Rules of Civil Procedure, a trye copy of the instrument to which this certificate is attached was duly served upon each party to his case on the CM/ECF system, which will automatically serve a Notice of Electronic Filing.

*/S/ Rachel Fraser*
**RACHEL FRASER**
Assistant County Attorney

3