United States District Court
Southern District of Texas
**ENTERED**
October 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| C. ROUX, ET AL., *Plaintiffs*, | § § § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-0782 |
| HARRIS COUNTY, ET AL., *Defendants*. | § § § | |

# ORDER

On October 19, 2026, the Court held the Initial Pretrial and Scheduling Conference in this case.[1] *See* ECF 47. Counsel was present on behalf of the Defendants who have appeared. Counsel for Plaintiffs failed to make an appearance, making her subject to possible sanctions under Rule 16(f) and 41(b). FED. R. CIV. P. 16(f)(1)(A), 41(b). It is therefore

ORDERED that Counsel for Plaintiffs must appear in person on October 27, 2026, at 10:00 AM in Courtroom 701 and show cause why the Court should not impose sanctions for failure to appear at the scheduling conference.

Signed on October 19, 2026, at Houston, Texas.

Christina A. Bryan
Christina A. Bryan
United States Magistrate Judge

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 34.